AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Murphy, Diana E. | 2. Court or Organization<br><br>U.S.Court of Appeals (8th Cir) | 3. Date of Report<br><br>04/24/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
300 S. Fourth Street, 11E
Minneapolis, MN 55415

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Trustee | University of Minnesota Foundation |
| 2. | Trustee | University of St. Thomas |
| 3. | Director | Minnesota Opera |
| 4. | Director | Hill Museum and Manuscript Library |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | St. John's University, New York | March 28-30 | New York, NY | Speaking engagement | Transportation, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ind'l Retirement Acct-Robt W Baird & Co., Milw, WI (USBonds) | | None | | | Distributed | 12/29/11 | J | | |
| 2. Wells Fargo NTL Tax Free MM Fund, Mpls, MN | A | Interest | M | T | | | | | |
| 3. Wells Fargo Ntl Tax Free MM Fund, Mpls, MN | A | Interest | M | T | | | | | |
| 4. Checking Acct, Wells Fargo Bk, Mpls, MN | A | Interest | J | T | | | | | |
| 5. Trust, Wells Fargo Bk (mun bds & cash eq) | G | Interest | P2 | T | | | | | |
| 6. IRA Robt W Baird & Co., Milw, WI (USBonds) | | None | M | T | partial dist | 12/25/11 | J | | |
| 7. Bond - U.S. Treasury Notes | | None | | | Sold | 09/23/11 | N | A | |
| 8. Bond - Mahtomedi, MN | C | Interest | L | T | | | | | |
| 9. Bond - Minnetonka, MN | C | Interest | L | T | | | | | |
| 10. Bond - Maple Grove, MN | A | Interest | L | T | | | | | |
| 11. Bond - US Treasury | | None | | | Sold | 08/22/11 | N | F | |
| 12. Bond - Stillwater, MN | A | Interest | | | Sold | 08/12/11 | M | A | |
| 13. Bond - Olmsted County | C | Interest | L | T | | | | | |
| 14. Bond - Richfield, MN | C | Interest | L | T | | | | | |
| 15. Bond - Edina, MN | A | Interest | | | Sold | 08/16/11 | M | C | |
| 16. Bond - Ramsey Cty, MN | B | Interest | | | Sold | 08/11/11 | M | | |
| 17. Bond - Richfield, MN | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bond - Champlin, MN | C | Interest | L | T | | | | | |
| 19. Bond - Chaska, MN | C | Interest | L | T | | | | | |
| 20. Bond - Lake Elmo, MN | C | Interest | L | T | | | | | |
| 21. Bond - Minnetonka, MN | C | Interest | L | T | | | | | |
| 22. Bond - Northfield, MN | C | Interest | L | T | | | | | |
| 23. Bond - Saint Anthony, MN | C | Interest | L | T | | | | | |
| 24. Bond - Shakopee, MN | C | Interest | L | T | | | | | |
| 25. Bond - Washington Cty, MN | C | Interest | L | T | | | | | |
| 26. Bond - West St. Paul, MN | C | Interest | L | T | | | | | |
| 27. Bond - Bloomington, MN | C | Interest | L | T | | | | | |
| 28. Bond - Edina, MN | C | Interest | L | T | | | | | |
| 29. Bond - Golden Valley, MN | B | Interest | L | T | | | | | |
| 30. Bond - Anoka, MN | C | Interest | L | T | | | | | |
| 31. Bond - Bloomington, MN | C | Interest | L | T | | | | | |
| 32. Bond - Dayton, MN | C | Interest | L | T | | | | | |
| 33. Bond - Golden Valley, MN | C | Interest | L | T | | | | | |
| 34. Bond - Golden Valley, MN | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bond - Golden Valley, MN | C | Interest | L | T | | | | | |
| 36. Bond - Washington County, MN | B | Interest | | | Sold | 08/16/11 | M | | |
| 37. Bond - Bloomington, MN | B | Interest | L | T | | | | | |
| 38. Bond - Hopkins, MN | B | Interest | | | Sold | 08/16/11 | N | | |
| 39. Bond - Spring Lake Park | C | Interest | L | T | | | | | |
| 40. Bond - Three Rivers Park, MN | C | Interest | L | T | | | | | |
| 41. Bond - Alexandria, MN | C | Interest | L | T | | | | | |
| 42. Bond - Bloomington, MN | C | Interest | L | T | | | | | |
| 43. Bond - Brooklyn Ctr, MN | C | Interest | L | T | | | | | |
| 44. Bond - Crystal, MN | C | Interest | L | T | | | | | |
| 45. Bond - Eden Prairie, MN | C | Interest | L | T | | | | | |
| 46. Bond - Sauk Centre, MN | C | Interest | L | T | | | | | |
| 47. Bond - Staples, MN | C | Interest | L | T | | | | | |
| 48. Bond - Edina, MN | C | Interest | L | T | | | | | |
| 49. Bond - Fridley, MN | C | Interest | L | T | | | | | |
| 50. Bond - Minneapolis, MN | C | Interest | L | T | | | | | |
| 51. Bond - Mound, MN | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bond - North St. Paul, MN | C | Interest | L | T | | | | | |
| 53. Bond - North St. Paul, MN | C | Interest | L | T | | | | | |
| 54. Bond - Olmsted, MN | A | Interest | | | Sold | 08/11/11 | L | | |
| 55. Bond - Rochester, MN | C | Interest | L | T | | | | | |
| 56. Bond - St. Paul, MN | B | Interest | | | Sold | 08/11/11 | M | | |
| 57. Bill - U.S. Treasury | | None | | | Sold | 06/22/11 | P2 | G | |
| 58. Bond - Waconia, MN | C | Interest | L | T | | | | | |
| 59. U.S. Treasury Bill | | None | | | Sold | 02/07/11 | M | A | |
| 60. U.S. Treasury Bond | | None | | | Sold | 08/22/11 | P1 | G | |
| 61. Bond - Anoka MN | C | Interest | L | T | | | | | |
| 62. U.S. Treasury Bill | | None | | | Sold | 02/17/11 | P1 | | |
| 63. U.S. Treasury Bill | | None | | | Redeemed | 06/23/11 | P1 | G | |
| 64. U.S. Treasury Bill | | None | | | Sold | 01/25/11 | P1 | A | |
| 65. U.S. Treasury Bill | | None | | | Redeemed | 06/23/11 | P1 | | |
| 66. U.S. Treasury Bill | | None | | | Donated | | | | |
| 67. U.S. Treasury Bill | | None | | | Sold | 09/19/11 | P1 | E | |
| 68. Bond - Minnesota State | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bond - Mound MN | A | Interest | | | Sold | 08/11/11 | J | | |
| 70. Bond - St. Paul MN | | None | L | T | | | | | |
| 71. U.S. Treasury Bill | | None | | | Sold | 02/15/11 | P2 | A | |
| 72. U.S. Treasury Bill | | None | | | Sold | 10/03/11 | O | | |
| 73. U.S. Treasury Bill | | None | | | Sold | 02/15/11 | O | | |
| 74. U.S. Treasury Bill | | None | | | Sold | 07/25/11 | O | A | |
| 75. U.S. Treasury Bill | | None | | | Sold | 02/15/11 | P1 | A | |
| 76. U.S. Treasury Bill | | None | | | Sold | 04/05/11 | P1 | E | |
| 77. Bond - Minnesota State | | None | L | T | | | | | |
| 78. Bond - Mound MN | C | Interest | M | T | | | | | |
| 79. Bond - St. Paul MN | C | Interest | L | T | | | | | |
| 80. Bond - Hopkins MN | C | Interest | L | T | | | | | |
| 81. Bond - St. Paul MN | C | Interest | L | T | | | | | |
| 82. SPDR Gold Trust | | None | | | Sold | 05/19/11 | P1 | G | |
| 83. SPDR Gold Trust | | None | | | Sold | 05/19/11 | P2 | H1 | |
| 84. Bond - Alaska | | None | | | Sold | 08/11/11 | L | | |
| 85. Bond - Alaska | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Bond - Missouri State | C | Interest | L | T | | | | | |
| 87. | Bond - Omaha | C | Interest | L | T | | | | | |
| 88. | U.S. Treasury Bill | | None | | | Donated | | | | |
| 89. | U.S. Treasury Bill | | None | | | Sold | 03/10/11 | P1 | E | |
| 90. | U.S. Treasury Bill | | None | | | Sold | 02/17/11 | P1 | | |
| 91. | Bond - Minnesota | C | Interest | L | T | | | | | |
| 92. | Bond - Otsego | B | Interest | | | Redeemed | 12/01/11 | L | | |
| 93. | Bond - Hennepin County | C | Interest | | | Sold | 08/11/11 | O | | |
| 94. | Bond - So. MN Municipal | B | Interest | L | T | | | | | |
| 95. | Bond - Elk River | B | Interest | | | Sold | 08/11/11 | K | B | |
| 96. | Bond - Centennial Sch | C | Interest | L | T | | | | | |
| 97. | Bond - Brooklyn Park | C | Interest | L | T | | | | | |
| 98. | Bond - Rosemount | C | Interest | L | T | | | | | |
| 99. | Bond - Andover | C | Interest | L | T | | | | | |
| 100. | Bond - Moundsview | C | Interest | L | T | | | | | |
| 101. | Bond - Minnesota | C | Interest | L | T | | | | | |
| 102. | Bond - Hopkins | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bond - Three Rivers Park | B | Interest | L | T | | | | | |
| 104. Bond - Ramsey County | A | Interest | | | Sold | 08/16/11 | L | | |
| 105. Bond - Minneapolis | A | Interest | | | Redeemed | 12/01/11 | K | | |
| 106. Bond - Eden Prairie | C | Interest | L | T | | | | | |
| 107. Bond - Dakota County | | None | | | Redeemed | 02/01/11 | L | B | |
| 108. Bond - Prior Lake | C | Interest | L | T | | | | | |
| 109. Bond Robbinsdale | C | Interest | L | T | | | | | |
| 110. Bond - St. Cloud | C | Interest | L | T | | | | | |
| 111. Bond - St. Michael | C | Interest | L | T | | | | | |
| 112. Bond Minnesota | C | Interest | L | T | | | | | |
| 113. Bond - Spring Lake Park | C | Interest | L | T | | | | | |
| 114. Bond - Canadian Govt | D | Interest | N | T | Buy | 07/12/11 | N | | |
| 115. Bond - Canadian Govt | D | Interest | O | T | Buy | 07/14/11 | O | | |
| 116. Bond - Canadian Govt | D | Interest | O | T | Buy | 07/20/11 | O | | |
| 117. Bond - Canadian Govt | D | Interest | N | T | Buy | 07/26/11 | N | | |
| 118. Bond - Hennepin County | A | Interest | M | T | Buy | 09/30/11 | M | | |
| 119. Bond - Hopkins, MN | B | Interest | L | T | Buy | 07/20/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bond - Minneapolis, MN | | None | L | T | Buy | 12/05/11 | L | | |
| 121. Bond - Minnesota State | B | Interest | M | T | Buy | 10/3/11 | M | | |
| 122. Bond - Moundsview, MN | C | Interest | M | T | Buy | 07/19/11 | M | | |
| 123. Bond - Omaha, NE | B | Interest | M | T | Buy | 10/03/11 | M | | |
| 124. Bond - Orono, MN | B | Interest | L | T | Buy | 07/19/11 | L | | |
| 125. Bond - Texas State | B | Interest | M | T | Buy | 10/03/11 | M | | |
| 126. Bond - West Fargo, ND | B | Interest | M | T | Buy | 09/13/11 | M | | |
| 127. U.S. Treasury Bill | | None | O | T | Buy | 09/19/11 | O | | |
| 128. U.S. Treasury Note | | None | P1 | T | Buy | 09/20/11 | P1 | | |
| 129. Bond - Alexandria, MN | A | Interest | L | T | Buy | 12/05/11 | L | | |
| 130. Bond - Apple Valley, MN | | None | | | Buy | 06/15/11 | N | | |
| 131. | | | | | Sold | 08/11/11 | N | | |
| 132. Bond - Canadian Govt | | None | N | T | Buy | 01/20/11 | N | | |
| 133. Bond - Canadian Govt | | None | N | T | Buy | 07/12/11 | N | | |
| 134. Bond - Canadian Govt | | None | O | T | Buy | 07/14/11 | O | | |
| 135. Bond - Canadian Govt | | None | O | T | Buy | 07/20/11 | O | | |
| 136. Bond - Canadian Govt | | None | O | T | Buy | 07/26/11 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Bond - Canadian Govt | | None | P1 | T | Buy | 08/11/11 | P1 | | |
| 138.  Bond - Hennepin County, MN | B | Interest | L | T | Buy | 05/03/11 | L | | |
| 139.  Bond - Hennepin County, MN | B | Interest | L | T | Buy | 06/23/11 | L | | |
| 140.  Bond - Hennepin County, MN | B | Interest | M | T | Buy | 09/30/11 | M | | |
| 141.  Bond - Hopkins, MN | C | Interest | L | T | Buy | 06/13/11 | L | | |
| 142.  Bond - Minneapolis, MN | A | Interest | L | T | Buy | 12/05/11 | L | | |
| 143.  Bond - Moundsview, MN | B | Interest | L | T | Buy | 07/19/11 | L | | |
| 144.  Bond - Olmsted County, MN | | None | | | Buy | 05/25/11 | L | | |
| 145. | | | | | Sold | 08/11/11 | L | | |
| 146.  Bond - Olmsted County, MN | | None | | | Buy | 06/09/11 | L | | |
| 147. | | | | | Sold | 08/16/11 | L | | |
| 148.  Bond - Omaha, NE | C | Interest | M | T | Buy | 10/23/11 | M | | |
| 149.  Bond - Orono, MN | B | Interest | L | T | Buy | 06/29/11 | L | | |
| 150.  Bond - Ramsey County, MN | B | Interest | L | T | Buy | 06/13/11 | L | | |
| 151.  Bond - Ramsey County, MN | B | Interest | L | T | Buy | 06/25/11 | L | | |
| 152.  Bond - So. Watershed Dist., MN | | None | | | Buy | 06/13/11 | M | | |
| 153. | | | | | Sold | 08/16/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   Bond - St. Paul, MN | B | Interest | L | T | Buy | 06/13/11 | L | | |
| 155.   Bond - Washington County, MN | B | Interest | L | T | Buy | 05/03/11 | L | | |
| 156.   Bond - Washington County, MN | C | Interest | L | T | Buy | 06/22/11 | L | | |
| 157.   Bond - Wayzata, MN | | None | | | Buy | 06/23/11 | L | | |
| 158. | | | | | Sold | 08/04/11 | L | | |
| 159.   Bond - West Fargo, ND | B | Interest | M | T | Buy | 09/13/11 | M | | |
| 160.   U.S. Treasury Bill | | None | P1 | T | Buy | 09/19/11 | P1 | | |
| 161.   U. S. Treasury Bill | | None | N | T | Buy | 12/05/11 | N | | |
| 162.   U. S. Treasury Note | | None | P1 | T | Buy | 09/20/11 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Investments and Trusts, lines 67, 71-76 gross value at end of previous reporting period had been mistakenly listed as "L".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Diana E. Murphy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544